Cynthia J. Case, appellee, v. Charles V. Weddell, appellant. Gen. No. 7,264.

Action for fraud and deceit in the sale of stock. Judgment for plaintiff. Appeal from the Circuit Court of De Kalb county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed October 11, 1924.

Archie G. Kennedy and Thomas M. Cliffe, for appellant; Harold F. White, of counsel. Harvey Gunsul and Harry S. Mecartney, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Marjorie Sahlberg, appellee, v. Sam Sahlberg, appellant. Gen. No. 7,289.

Bill for divorce. Decree for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed October 11, 1924.

Miller & Herr, for appellant; Sidney H. Block, of counsel. R. W. Churchill, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Philip H. Ward, appellee, v. Abe L. Wolber and Aug. F. Stern, appellants. Gen. No. 7,327.

Action on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Whiteside county; the Hon. Nels A. Larson, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed October 11, 1924.

J. J. Ludens, for appellants. A. J. Scheineman and H. H. Waite, for appellee.

Mr. Justice Jones delivered the opinion of the court.

The Aetna Casualty and Surety Company et al., appellants, v. East Mapleton Co-operative Coal Company, appellee. Gen. No. 7,365.

Action to recover insurance premiums. Judgment for defendant. Appeal from the County Court of Peoria county; the Hon. Glen J. Cameron, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 11, 1924.

Hunter, Page & Kavanagh, for appellants. J. M. Powers, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Illinois Oil Company, appellee, v. Carl J. Mueller, appellant. Gen. No. 7,361.

Action for goods sold. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. Nels A. Larson, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed October 17, 1924.

Marshall & Marshall, for appellant. R. W. Olmsted, for appellee.

Mr. Justice Jones delivered the opinion of the court.